IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SALAZAR, et al., )<br>)<br>Defendants. )<br>)<br>) | Case No. 11-cv-1241<br><br>[PROPOSED] ORDER |

Plaintiff Center for Biological Diversity moves for expedited consideration of its summary judgment in this challenge, by which the Center seeks vacatur of a decision by the U.S. Bureau of Land Management ("BLM") to issue to a special recreation permit for the annual convention of the National Speleological Society.  Having considered the parties' briefs, exhibits and declarations in support, and oral argument, the Court hereby finds that plaintiff's motion for expedited consideration is

GRANTED, and the Court further hereby

ORDERED that Federal Defendants shall file their brief in response to the Center's motion by July 13, 2011 at 4:00 p.m., and it is further hereby

ORDERED that the Court shall have a hearing to hear argument on plaintiff's motion on

_____.

DATED this \_\_\_\_ day of July, 2011

_____
James E. Boasberg
United States District Judge